Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT

for the

District of

Division

-FILED-
JAN 07 2025
At ____ M
Chanda J. Berta, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

Calvin Starks JR
Plaintiff(s)
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Joe Biden Kamala Harris administration
1600 Pennsylvania ave NW Washington, DC 20500
Defendant(s)
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case No. 1:25CV003
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☑ Yes ☐ No

## COMPLAINT FOR A CIVIL CASE

**I. The Parties to This Complaint**

**A. The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Calvin Starks JR |
| Street Address | 6905 Richfield Ct |
| City and County | Ft. Wayne, Allen |
| State and Zip Code | IN 46816 |
| Telephone Number | NA |
| E-mail Address | NA |

**B. The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Joe Biden |
| Job or Title *(if known)* | President |
| Street Address | 1600 Pennsylvania Ave |
| City and County | Washington DC |
| State and Zip Code | NW Washington DC 20500 |
| Telephone Number | NA |
| E-mail Address *(if known)* | NA |

Defendant No. 2

| | |
|---|---|
| Name | Kamala Harris |
| Job or Title *(if known)* | Vice President |
| Street Address | 1600 Pennsylvania Ave |
| City and County | Washington DC |
| State and Zip Code | NW Washington DC 20500 |
| Telephone Number | NA |
| E-mail Address *(if known)* | NA |

Defendant No. 3

| | |
|---|---|
| Name | See attachment on Scrap paper for Defendants |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendents

Allen Suprior Court 715 Calhoonst
Ft. Wayne, IN 46802

Magastrate Craig Bobay,
Jason custer
Jennifer L. DeGroote
Steve Godfrey
Fran Gull
David Zent
John Bohdan

And all unknown Judges that Practice law out of Allen Suprior Court

Prosacution office 602 Calhoun st
Ft. wayne IN 46802

Micheal McAlexander
David LeBeau

All unknown Parties that practice law from this office

---

Sharron Tucker 200 E Berry st
Mayor administration Ft. Wayne IN 46802

And all unknown Parties of this administration

---

Govenor Eric Holcomb 200 W Washington st #206
Administration Indianapolis IN 46204

all unknown Parties of this administration

Office of the attorney General

Attorney General
Todd Rokita Administration

5 302 W Washington st 5th floor
Indiapolis IN 46204

Merrick B Garland

Department of Justice

All unknowparties involved

950 Pennsylvania Ave
Nw Washington DC 20530

All unknow parties

Indiana Senator
Mike Braun
Todd young
Jim Banks

200 W washington st
Indianapolis IN 46204

Indiana Senate Senators 200 W Washingt
Indianapolis I

Senators

1 J.O Ford
2 Andrea Hunley
3. David Niezgodski
4 Rodney Pol
5 Fady Quddoura
6 Lonnie Randolff
7. Greg Taylor
8 Shelli Yoder
9 Scott Alexander
10 Ron Alting
11 Scott Baldwin
12 Eric Bassler
12 Vaneta Becker
13 Mike Bohacek
14 Rodney Bray
15 Liz Brown
16 Brian Buchanan
17 Jim Buck
18 Justin Busch
19 Gary Byrne
20 Ed Charbonneau
21 Johnncrane
22 Micheal Crider
23 Spencer Deery
24 Dan Dernulc
25 Stacey Donato

(260) 421-1200

Senators

26 Blake Doriot
27 Jon ford
28 Aaron freeman
29 Chris Garten
30 Mike Gaskill
31 Susan Glick
32 Travis holderman
33 Tyler Johnson
34 Eric Koch
35 Jean Leising
36 Mark Messmer
37 Ryan Mishler
38 Rick Niemeyer
39 Jeff Raatz
40 Linda Rogers
41 Jim Tomes
42 Kyle Walker
43 Greg Walker
44 R Micheal Young
45 Andy Zay
46 Randy Maxwell
47 Cyndi Carrasco
48 Greg Goode
49

(260) 421-1200

2


House of Representatives

200 W Washington St
Indianapolis IN 1/4/2025

Carylon Jackson
Earl Harris
Ragen hatcher
Maureen Bauer
Ryan Dvorak
Pat Boy
Chuck Moseley
Mike Andrade
Vernon Smith
Chris Campbell
Shelia Klinker
Victoria Garcia
Sue Errington
Tonya Pfaff
Matt Pierce
Rita fleming
Ryan hatfield
Phil GiaQuinta
Kyle Miller
Ed Delaney
Carey Hamilton
Mitch Gore

Renee Pack
Cherrish Pryor
John L Bartlett
Gregory Porter
Justin Moed
Robin Shackleford
Vanessa Summers
Blake Johnson
Ed Soliday
Dale Devon
Jake Teshka
Micheal Aylesworth
Sharon Negele
Hal Slager
H Kendell Culp
Jack Jordan
David Abbott
Julie Olthoff
Jim Pressel
Timothy Wesco
Craig Snow




Ed Clere
Jennifer Meltzer
Stephan Bartels
Cindy Ledbetter
Wendy McNamara
Tim O Brien
Matt Lehman
Martin Carbaugh
Christopher Judy
Bob Morris
Dave Heine
Chris Jeter
Mike Speedy
Bob Behning
Julie McGuire

House

Joanna King
~~Larissa Sweet~~
Larissa Sweet
Denny Zent
Ben Smaltz
Bob Cherry
Cory Criswell
Lindsay Patterson
Brad Barrett
Chris Haggard
Michelle Davis
Ryan Lauer
Peggy Mayfield
Dave hall
Shane Lindauer
Matt Hostettler
Chris May
Zach Payne
Alex Zimmerman
Randy Lyness
Jim lucas
Karen Englemen

Ethan Manning
Donna Schaibley
Becky Cash
Jeff Thomson
Chuck Goodrich
Mike Karickhoff
Lori Goss-Reaves
J.D. Prescott
Elizabeth ~~Rowray~~ Rowray
Kyle Pierce
Todd Huston
Heath VanNatter
Jerry Torr
Greg Steuerwald
H Mark Genda
Alan Morrison
Beau Baird
Bruce Borders
Bob Heaton
Robb Greene
Doug Miller

House

(260) 421-1200

3

Sheriffs office

C/o Troy Hershberger

715 S Calhoun st

Room 101 Courthouse

Ft Wayne IN 46802

b. If the defendant is a corporation

The defendant, *(name)* ______, is incorporated under the laws of the State of *(name)* ______, and has its principal place of business in the State of *(name)* ______. Or is incorporated under the laws of *(foreign nation)* ______, and has its principal place of business in *(name)* ______.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

4 Trillion Dollars Veason for I determine self worth not a Corrupt, Politically motivated, Justice system

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

I have been intimidated, assulted, by certain Defendents named in this law suit. My Constutional Rights violated by othersand Policyshave been adapted that are malicor ineffective Example The Biden administration adopting George Floyd Justice in Policing act without putting Money into Police reform and de escalation training

See attachment on Scrap paper

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I am asking the court to grant me this amount first and fore most Punitive damages, Physical Damages, and in emotional distress. I also ask the Department of Judgstice take over every case that has been filed in my name and Place the defendents on house arrest so they can be monitored, and not cause any more misheif also asking for all transcripts/evidence pertaining to Mr. Starks be handed over to him.

On the day of March 7th, 2024 I was heading to Court for a traffic ticket. I could have been the fifth or sixth Person Called up to the Podium and the Judge asks me if i've read my rights. I responded that my name got displayed on the court monitors late and I was aware of my rights. The Judge Orders a clerk of the court to hand me a Piece of Paper with my rights and directed me to read them, and he'd Call me when I was done. After a couple of Minuets I was ordered by the Judge to leave the courtroom and return the next day, after I read my rights. I Proceed to exit the Courtroom, their's an Court officer blocking the door and I said "this is crazy this judge is kicking me out of this courtroom." The court officer looks at me and States "If you say another word, you're going to Jail". I look him in his eyes and say "you're threatening me with Jail for emphasizing my rights to freedom of speech," and that's when he said "that's it Mr. Starks, Put your hands behind your back, you're going to jail." From my Past experiances of being assulted by Police officers, Sheriffs, and officers of the Jail I immedietly turned around and Cooperated, and Starting to walk myself towards the Jail because I didn't want further injury. As I Proceed to walk back towards the Jail a couple Officers Started Pushing, tugging, and Pulling on me. A different officer of the Court took my cane, I took a few more Steps, legs buckled, and fell to the ground. After I fell, all of the officers of the court yelled out "Quit resisting," and all Piled on top of

me using extreme amount of force and Pressure. After they get me handcuffed and shackled they order me to Stand up and continue to walk towards the Jail. The Judge demands them to "get him a wheelchair, dumb-asses". The assult continues the whole time I was in Jail until I was released the following week. I was denied the Proper medical care and attention after asking multiple times to go to a hospital to get evaluated by a MD. Because of this Situation not only did I endure Physical assult, I suffer more emotionaly from the trauma of realizing that Politics can be motivation and a weapon to silence me.

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Amendment 9 of the Consitution
Amendment 14 Section 1
violation of Right to speedy trial

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

a. If the plaintiff is an individual

The plaintiff, *(name)* ________________, is a citizen of the State of *(name)* ________________.

b. If the plaintiff is a corporation

The plaintiff, *(name)* ________________, is incorporated under the laws of the State of *(name)* ________________, and has its principal place of business in the State of *(name)* ________________.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

a. If the defendant is an individual

The defendant, *(name)* ________________, is a citizen of the State of *(name)* ________________. Or is a citizen of *(foreign nation)* ________________.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: January 7, 2025

Signature of Plaintiff [signature]

Printed Name of Plaintiff Calvin Starks Jr

### B. For Attorneys

Date of signing: ________

Signature of Attorney ________

Printed Name of Attorney ________

Bar Number ________

Name of Law Firm ________

Street Address ________

State and Zip Code ________

Telephone Number ________

E-mail Address ________